JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALACER CORP., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AMT GROUP LLC d/b/a IMBIBE THE DRINK TANK, an Illinois Limited Liability Company, <br><br> Defendant. | CASE NO. SACV 11-736-JVS (RNBx) <br><br> **DISMISSAL OF COMPLAINT** |

THIS DISMISSAL IS MADE PURSUANT TO THE PARTIES' STIPULATION FOR DISMISSAL.  The Court, having considered the stipulation of the parties Plaintiff ALACER CORP. and Defendant AMT GROUP LLC d/b/a IMBIBE THE DRINK TANK, through their respective attorneys of record, hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1), a dismissal without prejudice of the entire Complaint subject to the terms of the parties' confidential Settlement Agreement.  Each side will bear its own costs, including attorney fees associated with the Complaint.  This Court shall retain subject matter and personal jurisdiction over the parties for the purpose of interpretation or enforcement of the confidential Settlement Agreement between the parties.

DATED:  January 20, 2012

_____
Hon. James V. Selna