JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALACER CORP., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AMT GROUP LLC d/b/a IMBIBE THE DRINK TANK, an Illinois Limited Liability Company, <br><br> Defendant. | CASE NO. SACV 11-736-JVS (RNBx) <br><br> **DISMISSAL OF COMPLAINT** |

1 THIS DISMISSAL IS MADE PURSUANT TO THE PARTIES'
2 STIPULATION FOR DISMISSAL.  The Court, having considered the stipulation
3 of the parties Plaintiff ALACER CORP. and Defendant AMT GROUP LLC d/b/a
4 IMBIBE THE DRINK TANK, through their respective attorneys of record,
5 hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1), a dismissal
6 without prejudice of the entire Complaint subject to the terms of the parties'
7 confidential Settlement Agreement.  Each side will bear its own costs, including
8 attorney fees associated with the Complaint.  This Court shall retain subject
9 matter and personal jurisdiction over the parties for the purpose of interpretation
10 or enforcement of the confidential Settlement Agreement between the parties.

DATED:  January 20, 2012

_____
Hon. James V. Selna